

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESA TRAINOR<br>*Plaintiff* | : | CIVIL ACTION NO. 3:02CV1230 (AWT) |
| | : | U.S. DISTRICT COURT<br>HARTFORD, CT. |
| v. | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTION<br>*Defendant* | : | JANUARY 5, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56, the defendant moves for summary judgment in this case. In support of this motion, the defendant argues that the plaintiff cannot establish that she suffered a hostile work environment or that she suffered sexual harassment that can be legally imputed to the defendant.

Filed herewith is a statement of undisputed material facts pursuant to Local Rule 9(c) and a memorandum of law in support of the present motion.

DEFENDANT
STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. ct16515
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Jane.Emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing Motion for Summary Judgment was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure by first-class mail, postage prepaid, on this 5th day of January, 2004 to:

William H. Paetzold, Esq.
Moriarty & Paetzold, LLC
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033

Kevin A. Randolph, Esq.
15 Mountford Street
Hartford, CT 06114

Jane B. Emons
Assistant Attorney General