B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESA TRAINOR | : | CIVIL ACTION NO.  3:02CV1230(AWT) |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | |
| *Defendant* | : | December 19, 2003 |

### AFFIDAVIT OF PETER J. MURPHY

I, Peter J. Murphy, am over 18 years of age and understand the obligation of an oath.

1.      From February 14, 2000 to June 2002, I was the Warden of the Hartford Correctional Center ("HCC") for the State of Connecticut Department of Correction ("DOC").  During the same time period, John Armstrong was the Commissioner of Correction.

2.      On or about October 4, 2001, plaintiff volunteered for and participated in a hostage training simulation.  The simulation was witnessed by an outside civilian, who reported to outside police departments, who then responded as though it was real hostage situation.

3.      Plaintiff left HCC immediately after the simulation, and subsequently filed a workers' compensation claim.  On October 9, 2001, plaintiff requested a transfer to another correctional facility.  The transfer request was granted on October 24, 2001 and accepted by plaintiff on October 26, 2001.  A true and accurate copy of the approved and accepted request is attached as Exhibit 1.

4.    In the early morning of October 24, 2001, an underground newsletter was found in the correctional staff's dining area at HCC. This area is accessible to correctional staff with only limited, supervised access by inmates.

5.    A true and accurate copy of the newsletter is attached as Exhibit 2.

6.    The underground newsletter was specific to HCC and contained offensive and inappropriate racial and sexual statements regarding HCC captains, lieutenants, and correctional officers, both men and women.

7.    When I was first appointed as Warden for HCC in early 2000, there had been two other underground newsletters at HCC, the first within a week of my arrival, and the second within a few weeks thereafter. At that time, I ordered all copies gathered and shredded, and was unable to ascertain who had written, published or disseminated the underground newsletters.

8.    Compared to the 2000 underground newsletters, the October 2001 underground newsletter was remarkable for its even more extreme views and the virulence of its personal attacks.

9.    The underground newsletter also contained an inappropriate paragraph about the plaintiff being out on workers' compensation.

10.    The underground newsletter was anonymously written. I do not know who wrote it. To the best of my knowledge, no one in DOC management knows who wrote the underground newsletter.

11.    I do not know how the newsletter was published or disseminated. To the best of my knowledge, no one in DOC management knows how the newsletter was

2

12/19/2003 FRI 15:42  FAX 8608085347                                    ☒004/008

published or disseminated. It is my assumption that someone on correctional staff brought it into the facility in their lunch or pocket when he or she came to work.

12.    I did not send a copy of the newsletter to the plaintiff, nor do I know who did.

13.    Shortly after the underground newsletter was found, the Commissioner, John Armstrong, was holding his monthly "Commissioner's Meeting", where all of the wardens, deputy commissioners and top administrative staff of the DOC would meet with and report to the Commissioner.

14.    I brought the underground newsletter to the Commissioner's Meeting. Upon seeing the underground newsletter, Commissioner Armstrong immediately brought it before the assembled group, denounced it and similar newsletters that periodically appeared at other facilities. Armstrong instructed the group to address the underground newsletter issue wherever it appeared, and informed them that he would contact and work with the union to address the underground newsletter problem.

15.    The next weekday after the Commissioner's meeting, I attended roll call at HCC. During roll call, I denounced the underground newsletter, and warned HCC correctional staff that whoever had written the underground newsletter would face employment consequences, and due to the offensive and inappropriate nature of the newsletter, might well risk civil consequences as well. I requested that anyone who had any facts regarding the underground newsletter to come forward with that information.

16.    I also directed my staff to gather any and all copies of the underground newsletter and to shred all copies.

DEC-19-2003  16:03                    8608085347                    95%                    P.04

17.    No one came forward with any information regarding the underground newsletter, and I was unable to ascertain who had written or disseminated the underground newsletter.

18.    Thus, on October 30, 2001, I requested the Director of the DOC's Central Intelligence Unit, James Huckabey, to investigate who wrote and disseminated the underground newsletter.  A true and accurate copy of my request is attached as Exhibit 3.

19.    The Central Intelligence Unit conducted its investigation in early November 2001, but was unable to ascertain who wrote or distributed the underground newsletter.  A true and accurate copy of the unit's report, including a July 2002 addendum, is attached as Exhibit 4.

20.    Commissioner Armstrong wrote a letter to the union, condemning the contents of the letter and asking for the union's assistance in the matter.  A true and accurate copy of the letter is attached as Exhibit 5.

21.    To the best of my knowledge, the union never provided any information regarding who was responsible for the underground newsletter.

22.    DOC has a widely published sexual harassment reporting policy and procedure.  Any report of sexual harassment may be made to a supervisor, the Unit Administrator (*i.e.* me), the Affirmative Action Unit or the Commissioner.  If a report regarding sexual harassment at HCC was made to either a supervisor or the Affirmative Action Unit, I would have been informed.  A true and accurate copy of the policy in effect at the time is attached as Exhibit 6.

4

23.    I never received a sexual harassment report regarding plaintiff or from the plaintiff until she filed her complaint with the Commission on Human Rights and Opportunities in December 2001.

24.    At my request, the staff at HCC searched all incident reports from August 1, 2001 through October 31, 2001 for any and all reports filed by Teresa Trainor. Only one incident report was filed by Ms. Trainor, and it concerned her efforts to file a workers' compensation claim regarding the October 4, 2001 hostage simulation. There were no incident reports in "fall 2001" by plaintiff regarding any claim of sexual harassment.

25.    I was unaware of plaintiff's concerns regarding the underground newsletter until August 2002, when I received a copy of plaintiff's state court complaint. FURTHER AFFIANT SAYETH NOT.


_____
Peter J. Murphy


Subscribed and sworn by me on this __23__ day of __December__ 2003.


Notary/Commissioner of the Superior Court _____
Expiration date_____ **NEAL H. KEARNEY**
                        *NOTARY PUBLIC*
                  MY COMMISSION EXPIRES OCT. 31, 2004


<u>Attached Exhibits</u>
Exhibit 1    Plaintiff's approved and accepted transfer request
Exhibit 2    October 2001 underground newsletter
Exhibit 3    October 30, 2001 Request for Investigation to J. Huckabey
Exhibit 4    Central Intelligence Unit Report on underground newsletter investigation
Exhibit 5    Armstrong Letter to Union
Exhibit 6    DOC policy and procedures for reporting sexual harassment


5



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

TO **TRAINOR, TERESA**                     Date **10/24/01**

   **Hartford C.C.C.**                          **8053-001600**

   Current Facility                        Position Number

SUBJECT: **TRANSFER**                      **CORRECTION OFFICER**
                                           CLASSIFICATION

---

We are pleased to notify you that your request for **BERGIN CI** has been approved. Should you decide to accept this offer, you are to report to the **SHIFT SUPERV.** on TBD_____ at **TBD**_____.

If we do not hear from you within 24 hours of the receipt of an offer, we will assume that you are not interested in transferring at this time. You should be aware that under the provisions of the corrections bargaining unit agreement, any employee who is granted a transfer, rejects a transfer, or fails to acknowledge an offer to transfer within 24 hours of receipt of that offer is ineligible to be placed on the transfer list for a period of six (6) months.

Should you have any questions concerning this matter, please contact me at **(860) 692-6860**.

Sincerely,

*Nora Ryan*

Nora Ryan

---

( ✓ ) I, the undersigned, understand the conditions of this transfer and will report as scheduled. I further understand that, upon signature, I cannot revoke this transfer.

( ) I decline this offer.

_Teresa C. Trainor_                        _10/26/01_
    Signature                                  Date

C: Recruitment Unit
   Shift Commander
   Employee File

*An Equal Opportunity Employer*

80000 SERIES
30% P.C.W.

RECYCLED

**2**

EXHIBIT A

Connecticut
Department
of CORRUPTION

# P.R.I.D.E.

UNDERGROUND
Newsletter

Our motto:

PATHETIC, REPULSIVE, INDIGNATE, DEPRAVED EMPLOYEES

# AT WORK



Despite transfer and having to trust someone to drop this off the recent alustrious H.C.C. events have caused me to raise my ugly stifeled head from the depts of the under world...the sonyass. stewards dam sure are not fighting the good fight so I had to call things as I see em freckles and all the kississee's can get their panties in a bunchtrying to figure out which way is up..I've remained silent for far too long- my only regret is that I have only one life to give for my country.....Nathian Hale

**TODD TODD TODD TODD** As if you couldn't have guessed Case's war games get 1st priority on the chopping block- you really must have the brains of a tryannasaurus rex-talk about a heltbrained scene...lucky the rookie didn't catch a 308 in the forehead due to your poor planing you should have joined the military to live out all of your rambo fantsies...Lucky Coatezf put down his baaton long enough to silence the media and let this sony assed organization save face.this was almost as good as him putting the gun to the patrol officers head down state---classical insanity of course our feeble 1965 stewards should be all over this like celulite on E.Smiths ass repoting it to the press but like usual they drop the ball Todd Todd Todd stay in your little office keep your mouth shut and wait for payday not a thursday mind you.....PayDayfor you fucking Hectors wife.......Touchhole!

**BAPTESTE MEMORIAL MY ass** hate to piss on a grave but can you believe they named a building after bapteste they should put a lifelike statue of himin front of it. can you imagine walking into that building at MYI and seeing a massive brass cock stiff in the entrance way....

Welcome back C/o BOOOOCDROW we'll have to send Arcoutete a fruit basket this Christmas for thanks

**WML committee** is taking up a collection for a comedy apparently L barnette tired of getting his balls bubble chafed from Lt. murray's ass( ice princess) upperipnot to j greetoo badly he's been more arable I guess since daniels unashed the helpint tyrant Austin d broke up the soul patrol....

cently the Camp/Martinez comedy r came toa abrupt halt with heads fist meeting martinez's ...I guess you'll learn not to talk h about peoples family now..like rue P.C. punk you are you even zed charged boy tough guy you sure dish it out but can't take it r if your out there I wish you the and hope you don't lose every- over a piece of shit......

**RUMOR CONTROL**
...Ex R.Toce is not working as a meter maid for meadows concert events
...No Lt.Domezkole not pregnate
...No that is not Lidavore holding a hambug infront of abdow's resturant..

Proud to announce C/o J edwards has been put in charge of the Q.T. inmate phone program...he just recieved unlimited minutes on his cell phone to hookup his boys....

Hat's off to Capt. Madden,Lt. Wilkins ,Lt.Oleztz & R.Bowles it's tough to soar like a eagle when your flying with turkey's.............................

Proud to announcethe engagement of major Collins to c/o shapiro------ Brenda has been trying to knock therman out of Mary's boat with her tounge for advancement these days and as for completly blindsiding and snit' ching out Toce how can you look at yourself in the mirror... furthemore the rumors of you becoming a temp. LT> dream on a $5 whore at the bus station would recieve more respect...dike cunt

MY
# Mission

While all you ostriches stick your heads in the sand and take getting repeatedly raped day in and out by dogshit supervisors in this dept. I alor speak for the unheard voices in this corrupt orginization... supervisors need a good slap in the head every now and the you are not untouchable-- HA karma always works out in the end you phoney muthafuckers aint foolin anyone but yourselves...........

see pimp daddy Tinsley

Wanted- Testosterone see Lt. Smith

Lost-self respect see co croxford

Wanted- testicular fortitude see
    Lt. maggio (aka:dirkdiggler)

4 sale-lt srcoutte's ass see warden
    mary johnson(for the great
    casio "caper)

lost-common sense see Lt. reyes (if
    a directive don't tell me I just
    don't know)

4 sale- a trampoline(well used been
    jumping since farrar got
    busted) see co porter

wanted-Temp it's contact personell-
    we're practically hireing
    inmates these days(ex. camp)
    where are you suck asses
    fuck up and move up now..

Word of the  Day-Pithecanthropus
        see co pitinzello

**Hey Gemini**--do you have a bitch as
    big as much as a bitch as you are???
    come on gregory fuck her in the ass
    to knock her down a few pegs......

**False Anthrax scare at HCC--**
    authorities were called in friday after
    the hcc medical unit was locked down
    apparently the unit was filled with a
    smokey dust. A FBI biohazard tech.
    stated the smoke came from either
    nurse Ridley's ears or admitted from
    Nurse Hartnett when she removed
    her diaphram"......

**CHANNER** you are not just short but
    you are a SMALL man with all the
    fucked up shit you've pulled through
    the years with inmates you have the
    audacity to snitch out Rovins and get
    him suspended you are a sorry excuse
    for a co which I won't even call you...
    perhaps you would be better suited for
    a job as a organ grinder monkey......
    live by the sword die by the sword you
    will get whats coming to you someday
    p.s. I think we should call in S. Edwards
    "shakedown specialist" (like his binder
    says)to see if he can find your heart
    you punk bitch!!!

- THE QWL committee will have a bake
    sale to benifit Lt. Reyes, alFONSIE
    will be undergoing surgery to have the
    broomstick surgically removed from
    his rectum--loosen up a little will ya
    this ain't the army...peckerhead

**Next up....TRAINOR** out on workers comp.
    you've really got to be kidding me straining your back during
    the infamous case/collins simulation tell us the truth this is
    a gradual injury brought on by years of huntching underneath
    it's, capitans, and majors  desks giving rimjobs-which I am
    sure you do very well...as far as suck-asses go you have to
    be a serious contender for the golden lips=n/ice award! wow
    there's a idea you get a pair of lips to pin above your name
    with each mvp card recieved..........

**1585 stewart announcement....** I know in this issue I
    slammed the union pretty hard to the good stewards out there
    I apoligize,the sarcasim was directed at the stewarts who
    seem to follow their own agenda and arn't involved for the good
    of the union body and are just in it for themselves...
    you know who you are...........

as much as I hate to I need to go there to prove a point
    promotions in the department are so fucked up! There
    are so few that actually deserve it..shoe-ins come from
    3 angles  1) nepitism-this includes any and all chase
    members that uncle pesty takes care of....2)kissasses
    and cocksuckers(or licking clit for you shapiro) 3) 5&2
    and special duties(croxford when are you applying)
    now look at camp for instance this fucking guy has the
    mentality of a crack dealer on the avenue and the
    character of a arms dealer to the taliban..then there's
    gaiser(to his credit he does know hcc very well) has
    been snitching and licking balls for years a 5&2 scab
    he services the adm. to a tee and regardless of 2:11
    issues he's promoted anyway cause he sucks a mean
    dick,  devito would fall right into this catlgory(how did
    he get in any way) ..pucker up.......I would like to
    have said Trainor and why arn't good vetran officers
    ever promoted? wake up and pull your heads out
    of you ass!

**LT.maggio** has been working overtime
    as much as possible these days for
    some reconstructive surgery..years
    ago in his flowerchild days he became
    a eunuckwhich leaves me to a ? is that
    why you stole the money victor harris
    ~ut onthe bar of the vfw for a round of
    inks?(you didn't think we knew about
    ` did ya) or was it to buy shit for
    `ecil can see you sucking on a
    `ong now--now another vision you
    `g a cock you spineless bastard,



**Last Order of Business**
    the wholeBolo/Farrar thing you area embarressm
    to all good officers it's people like you that lower
    to the likes of brass...shame on you and may bo
    of you have 300 pound big black dominate gay
    cellmates the whole time you are locked up!!!!!!

3



# STATE OF CONNECTICUT
### DEPARTMENT OF CORRECTION · HARTFORD CORRECTIONAL CENTER



177 WESTON STREET — HARTFORD, CONNECTICUT 06120
### PETER J. MURPHY, WARDEN

OFFICE: 860-240-1803
FAX:     860-566-2725

# Memorandum

**To:**      Director of Facility Investigations Huckabey

**From:**   Peter J. Murphy, Warden

**Date:**   10/30/01

**Re:**      HCC Underground Newsletter

Please find attached a copy of the most recent edition of the HCC underground newsletter. The edition is full of personal attacks on staff at Hartford, which are outrageous and slanderous. I am requesting an investigation be conducted to determine who wrote and disseminated this paper.

1

4

# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### Field & Security Operations Division
#### Central Intelligence Unit
24 Wolcott Hill Road
Wethersfield, CT  06109

**James E. Huckabey**
**Director**

Tel: (860) 692-7626
Fax: (860) 692-7535

**To:**       **Peter Murphy, Warden**

**From:**     **James E. Huckabey, Director**

**Date:**     **November 9, 2001**

**Re:**       **Anonymous Newsletter at Hartford Correctional Center**

*********************************************************************************

On November 7, 2001, Captain Shea from this unit conducted an investigation into the anonymous newsletter which surfaced at Hartford Correctional Center on October 24, 2001.  Please be advised that the investigation conducted by Captain Shea could not determine the person or persons responsible for this very disturbing and slanderous piece of material.

If you have any questions or concerns regarding this report, please contact my office.

JEH:ff

c:  file

*An Equal Opportunity Employer*



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

To:      James E. Huckabey
           Director, Central Intelligence Unit

From:    Alberto Saavedra
           Captain

Date:    November 7, 2001

Re:      **CIU II-92**, Anonymous newsletter found circulating throughout the Hartford
           Correctional Center.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On October 30, 2001, Warden Peter Murphy forwarded a memorandum to Director James Huckabey regarding an underground newsletter that was found circulating at Hartford Correctional Center during the early morning hours of October 24, 2001 (third shift). Warden Murphy requested that the Central Intelligence Unit conduct an investigation to determine who wrote and disseminated this inappropriate newsletter.

Director Huckabey assigned case # **CIU II-92**, and authorized Captain Saavedra to investigate the above matter.

### Inquiry

The anonymous newsletter was reviewed and found to contain inappropriate remarks directed toward supervisors and staff. According to Warden Murphy the underground newsletter was brought to his attention by Captain Madden on the morning of October 24, 2001. According to Captain Madden he had arrived to the facility at around 5:00 a.m. and was informed by the staff in the Control Center that there was an underground newsletter circulating throughout the facility.

Once he reached the Lieutenants office he was informed of this underground newsletter by the Lieutenants working the third shift. According to Lieutenant Barnette, the anonymous newsletter was found by staff in the Officer's Lounge. Attempts were made by the Lieutenants to find out who authored the newsletter.

On November 7, 2001, the Central Intelligence Unit interviewed several staff in an attempt to determine who was culpable of writing and circulating the newsletter. At the completion of the staff interviews, it could not be determined who wrote and distributed this despicable underground newsletter throughout the facility.

*An Equal Opportunity Employer*

## Conclusion

The staff interviewed offered no credible evidence as to who may have authored the newsletter. It is believed that the newsletter was introduced to the facility during the morning hours of October 24, 2001.

The staff and supervisors that were interviewed were reminded that if any information arises regarding this matter, they were to contact their Administration or the Central Intelligence Unit so that appropriate action and or discipline could be imposed on the person or persons responsible for this despicable act.

This matter will remain open.

2

# P.R.I.D.E.

**The Connecticut Department of CORRUPTION**

**UNDERGROUND Newsletter**

Our motto: PATHETIC, REPULSIVE, INDIGNATE, DEPRAVED EMPLOYEES

# AT WORK

Despite transfer and haveing to trust someone to drop this off the recent alustrious H.C.C. events have caused me to raise my ulgy stifeled head from the depts of the under world...the sorryass. stewards dam sure are not fighting the good fight so I had to call things as I see em freckles and all the kissasse's can get their panties in a bunchtrying to figure out which way is up..I've remained silent for far too long- my only regret is that I have only one life to give for my country.....Nathian Hale

**TODD TODD TODD TODD** As if you couldn't have guessed Case's war games get 1st priority on the chopping block- you really must have the brains of a tryanasaurus rex-talk about a hairbrained sceme...lucky the rookie didn't catch a 308 in the forehead due to your poor planing you should have joined the military to live out all of your rambo fantsies...Lucky Coates put down his bottle long enough to silence the media and let this sorry assed orginization save face.this was almost as good as him putting the gun to the patrol officers head down state—classical insanity of coarse our feeble 1565 stewards should be all over this like celulite on E Smiths ass reporting it to the press but like usual they drop the ball Todd Todd Todd stay in your little office keep your mouth shut and wait for payday not a thursday mind you....PayDayfor you fucking Hectors wife.......Touchhole!

**BAPTESTE MEMORIAL MY hero** hate to piss on a grave but can you believe they named a building after bapteste they should put a lifelike statue of him in front of it. can you imagine walking into that building at MYI and seeing a massive brass cock stiff in the entrance way....

Velcome back C/o BOOOOODROW ou'll have to send Arcouteta a uft basket this Christmas for thanks

WL committee is taking up a collection for a eplady apparently bamettis tired of getting his balls rubble chafed from Lt. murray's (a: ice princess) upperlip,not to I gregtoo baddy he's been more prable I guess since daniels washed the halfpint tyrant Austin I broke up the soul patrol....

cently the Camp/Martinez comedy r came to a abrupt halt with heads fist meeting martinez's ...I guess you'll learn not to talk h about peoples family now..like rue P.C. punk you are you even sed charges boy tough guy you sure dish it out but cant take it. ir if your out there I wish you the and hope you dont lose every- over a piece of shit......

**RUMOR CONTROL**
...Ex R.Toce is not working us a meter maid for meadows concert events
...No Lt.Doroszkois not pregnate
...No that is not Lidevore holding a hamburg infront of abdow's resturant..

Proud to announce C/o J edwards has been put in charge of the Q.T. inmate phone program..he just recieved unlimited minutes on his cell phone to hookup his boys....

Hat's off to Capt. Madden,Lt.Wilkins ,Lt.Olszta & R.Bowles it's tough to soar like a eagle when your flying with turkey's......

Proud to announcethe engagement of major Collins to c/o shapiro— Brenda has been trying to knock therhan out of Mary's boat with her tounge for advancement these days and as for completly blindsiding and snit'yching out Toce how can you look at yourself in the mirror... furthermore the rumors of you becoming a temp. LT> dream on a $5 whore at the bus station would recieve more respect...dike curt

## MY Mission

While all you ostriches stick your heads in the sand and take getting repeatedly raped day in and out by dogshit supervisors in this dept. I also speak for the unheard voices in this corrupt orginization... supervisors need a good slap in the head every now and th you are not untouchable— H karma always works out in th end you phoney muthafucker amt foolin anyone but yourselves..........

**ODD'S AND ENDS**
WANTED- a clue see Nurse Ridley
4 Hire- HO'S see pimp daddy Tinsley
Wanted- Testosderone see Lt. Smith
Lost-selfrespect see co cruxford
Wanted- testicular fortitude see
    Lt. maggio (aka:dirkdiggler)
4 sale-It arcoutte's ass see warden
    mary johnson(for the great
    casio: caper)
lost-common sense see Lt. reyes (if
    a directive don't tell me I just
    don't know).
4 sale- a trampoline(well used been
    jumping since farrar got
    busted) see co porter
wanted-Temp it's contact personell-
    we're practically hireing
    inmates these days(ex. camp)
    where are you suck asses
    fuck up and move up now..
Word of the Day-Pithecanthropus
    see co pittruzello

Hey Gemini- do you have a twin that
is as much as a bitch as you are???
come on gregory fuck her in the ass
to knock her down a few pegs..........

False Anthrax scare at HCC-
authorities were called in friday after
the HCC medical unit was locked down
apparently the unit was filled with a
smokey dust. A FBI biohazard tech.
stated the smoke came from either
nurse Ridley's ears or admitted from
Nurse Hartnett when she removed
her diaphram"

CHANNER you are not just short but
you are a SMALL man with all the
fucked up shit you've pulled through
the years with inmates you have the
ordasity to snitch out Rovins and get
him suspended you are a sorry excuse
for a co which I won't even call you..
perhaps you would be better suited for
a job as a organ ginder monkey......
live by the sword die by the sword you
will get whats coming to you someday
p.s. I think we should call in S. Edwards
"shakedown specialst" (like his binder
says)to see if he can find your heart
you punk bitch!!!

THE OWL committee will have a bake
sale to benifit Lt. Reyes, alFONSIE
will be undergoing surgery to have the
broomstick surgically removed from
his rectum--loosen up a little will ya
this aint the army...peckerhead

Next up....TRAINOR out on workers comp.
you've really got to be kidding me straining your back during
the infamous case/collins simulation tell us the truth this is
a gradual injury brought on by years of huntching underneath
it's, captians, and majors  desks giving rimjobs which i am
sure you do very well..as far as suck-asses go you have to
be a serious contender for the golden lipservice award! wow
there's a idea you get a pair of lips to pin above your name
with each mvp card recieved..........

1565 stewart announcement.... I know in this issue I
slammed the union pretty hard to the good stewards out there
I apoligize,the sarcasim was directed at the stewarts who
seem to follow their own agenda and amt involved for the good
of the union body and are just in it for themselves...
you know who you are..............

as much as I hate to I need to go there to prove a point
premotions  in the department are so fucked up! There
are so few that actually deserve it..shoe-ins come from
3 angles  1) neptisim-this includes any and all chase
members that uncle peety takes care of....2)kissasses
and cocksuckers(or licking clit for you shapiro) 3) 5&2
and special duties(cruxford-when are you applying)
now look at camp for instance this fucking guy has the
mentality of a crack dealer on the avenue and the
character of a arms dealer to the taliban..then there's
gaie(to his credit he does know hoc very well) has
been snitching and licking balls for years a 5&2 scab
he services the adm. to a tee.and regardless of 2:11
issues he's promoted anyway cause he sucks a mean
dick, devolie would fall right into this catigory(how did
he get off 5&2 anyway) ..pucker up......I would like to
have this ?answered why amt good vetran officers
ever promoted? wake up and pull your heads out
of you ass!

LT.maggio has been working overtime
as much as possible these days for
some reconstructive surgery..years
ago in his flowerchild days he became
a eunuckwhich leaves me to a ? is that
why you stole the money victor harris
put onthe bar of the vfw for a round of
dnks?(you didn't think we knew about
did ya) or was it to buy shit for
eadl can see you sucking on a
ong now--now another vision you
ng a cock you spineless bastard,



Last Order of Business
the wholeBolo/Farrar thing you area embarrassment
to all good officers it's people like you that lower us
to the likes of brass...shame on you and may both
of you have 300 pound big black dominate gay
cellmates the whole time you are locked up!!!!!!!!



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

To:       James E. Huckabey
          Director, Central Intelligence Unit

From:     Alberto Saavedra
          Captain

Date:     July 17, 2002

Re:       Addendum to **CIU I.I. 92,** Anonymous newsletter found circulating throughout
          the Hartford Correctional Center.
          ***************************************************************

On November 7, 2001, Captain Alberto Saavedra and Captain James Shea spoke
to the following supervisors and staff at the Hartford Correctional Center
regarding if they had any knowledge of the anonymous newsletter that was
found in the in the Officer's lounge.

Captain Michael Madden:

Captain Madden stated that when he arrived to the facility during the early
morning hours of November 7, 2001 at approximately 5:00 a.m., he was
informed by the Control Center staff and the 3rd shift Lieutenants, that an
anonymous newsletter was discovered in the Officer's lounge. The anonymous
newsletter contained inappropriate remarks directed toward supervisors and
staff. Captain Madden did not have any knowledge of who authored the
newsletter.

Lieutenant Greg Barnette:

Lieutenant Barnette stated that the anonymous newsletter was discovered by
staff, in the Officer's lounge. He stated that attempts were made by the
Lieutenants on duty to find out who authored the newsletter but it was to no
avail. Lieutenant Barnette did not have any knowledge of who authored and
circulated the inappropriate newsletter.

*An Equal Opportunity Employer*

Lieutenant Roger Bowles:

Lieutenant Bowles stated that he has no knowledge of who authored the newsletter.

Lieutenant Alfonso Reyes:

Lieutenant Reyes stated that he has no knowledge of who authored the newsletter.

Officer Mathew Acker:

Officer Acker stated that he has no knowledge of who authored the newsletter and has no knowledge of who may have placed the newsletter in the Officer's lounge.

Officer Dennis Nash:

Officer Nash stated that he had no knowledge of who authored the newsletter nor does he have any knowledge of who placed the newsletter in the Officers lounge.

Officer Dennis Jalbert:

Officer Dennis Jalbert stated that he has no knowledge of who authored the newsletter or who may have placed the newsletter in the Officers lounge.

2

Supervisor:
CAPT. MADDEN

CAPTAIN MADDEN   12-8 SHIFT

| DESK | LT. BOWLES | 3:00 |
| LT-2 | LT. REYES | 4:00 |
| LT-3 | LT BARNETTE | 7th/8th |

ROSTER 8

DATE: 10/24/01
SHIFT: 12-8 SHIFT
VERIFIED BY:

| POSTS | TYPE | OFFICER | POSTS | TYPE | OFFICER |
|---|---|---|---|---|---|
| Lobby Control # 1 | F | ACKER | | | |
| Center Control # 1 | F | PELLETIER | A/D POSTS | | |
| East Corridor | P | JURA | A/D Control #1 | | |
| Center Corridor | P | BERNARDI | | F | SHAPIRO |
| West Corridor | P | HARTNETT | | | |
| R.H.U.-1 | F | NASH | TEMPORARY POSTS | | |
| South Block Housing | F | COCCHIOLA | | | |
| East One | F | KOHLUN | | | |
| East Two | P | WATERS | | | |
| East Three | F | RUGGIERO | DORMS 5 & 7 | | |
| East Rover | | DELP | | | LYONS |
| Center Two | F | JENNINGS | | | |
| Center Three | F | DAIL | DORM 9 & 10 | | |
| West One | F | MORELLI | | | MACDONALD |
| West Two | F | CORBETT | TRAINING | | |
| West Three | F | GOODE | A/D Control #1 | | |
| West Rover | P | VASQUEZ | | | ROBINSON |
| Dorm 1&2 Control | F | SOARES | | | |
| Dorm One # 1 | F | HALEY | | | |
| Dorm One # 2 | F | ABRANTES | | | |
| Dorm Two # 1 | F | BEDARD | | | |
| Dorm Two # 2 | | DICHIARA | | | |
| Dorm 3 &4 Control | F | TROCHE | | | |
| Dorm Three # 1 | F | HERBERT | | | |
| Dorm Three # 2 | | SIMON | | | |
| Dorm Four # 1 | F | HEATH | | | |
| Dorm Four # 2 | P | WOJCIK | | | |
| Utility #1 | P | JULIAN | | | |
| Utility #2 | P | CHAIRMIDA | | | |

DAY Pl
SHIFT

Jailber
9th

Jailber Staked
Gaiser
Acker
Gaye
Chairmida

| OFFICER | ASSIGNMENT | OFFICER | ASSIGNMENT |
|---|---|---|---|
| SICK/ANNUAL LEAVE & OTHER | | | |
| | | | |
| | | | |

| CADET | TRAINING POST | CADET | POST |
|---|---|---|---|
| | | | |

5



# STATE OF CONNECTICUT

### *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

John J. Armstrong
Commissioner

Telephone: 860-692-7481
Fax: 860-692-7483

January 4, 2002

JAN – 8 2001

Mr. Al Chiucarello
AFSCME
444 East Main Street
New Britain, CT 06051

Dear Al:

As you may be aware, a number of underground newsletters have been circulated within certain Department of Correction facilities.  Attached is a copy of the most recent such "newsletter" that has come to my attention.

I am certain that you will agree that the content is racist, sexist and malicious.  I am also certain that you will join me in condemning the publication of such a destructive and unprofessional letter.

Please contact me in order that we may discuss a joint effort regarding this matter.

Sincerely,

John J. Armstrong
Commissioner

ah

Enclosure

C:  Deputy Commissioner Coyle, Lantz, Matos, Tokarz
    Director V. Arpin
    Director Kruk
    Union Presidents

*An Equal Opportunity Employer*

...RRUPTION

# P.R.I.D.E.

Our motto: PAT HETIC,REPULSIVE, INDIGNATE,DEPRAVED EMPLOYEES

UNDERGROUND Newsletter

# AT WORK

Dispite transfer and haveing to trust somtone to drop this off the recent alustrious H.C.C. events have caused me to raise my ugy stifeled head from the depts of the under world...the sorryass stewards dam sure are not fighting the good fight so I had to call things as I see em freckles and all the kissasse's can get their panties in a bunchtrying to figure out which way is up..I've remained silent for far too long- my only regret is that I have only one life to give for my country.....Nathian Hale

O TODD TODD TODD As if you couldn't have guessed Case's war games get proiority on the chopping block- you really must have the brains of a tryanasaurus rex-talk about a hairbrained ne...lucky the rookie didn't catch a 308 in the forehead due to your poor planing you should have joined the military to live ll of your rambo fantisies...Lucky Coates put down his bottle long enough to silence the media and let this sorry assed ization save face.this was almost as good as him putting the gun to the patrol officers head down state---classical nity of course our feeble 1565 stewarts should be all over this like celulite on E Smiths ass repoting it to the press but usual they drop the ball Todd Todd Todd stay in your little office keep your mouth shut and wait for payday not a thursday you....PayDayfor you fucking Hectors wife.......Touchhole!

TESTE MEMORIAL MY hero ...to piss on a grave but can you ...ve they named a building after ...teste they should put a lifelike ...ue of himin front of it. can you ...ine walking into that building at ...and seeing a massive brass ...stiff in the entrance way....

...ome back C/o BOOOOODROW ...I have to send Arcoutete a basket this Christmas for thanks

...committee is taking up a ...ction for a spilady apperently ...rmettis tired of getting his balls ...le chafed from Lt. murrey's ...ice princess) upperlip,not to ...regtoo badly he's been more ...ible I guess since daniels ...shed the halfpint tyrant Austin ...roke up the soul patrol....

...ntly the Campo/Martinez comedy ...came toa abrupt halt with ...eads fist meeting martinez's ...I guess you'll learn not to talk about peoples family now..like ...ue P.C. punk you are you even ...ed charges-boy tough guy you ...ure dish it out but can't take it. ...If your out there I wish you the ...nd hope you don't lose every- ...ver a piece of shit......

RUMOR CONTROL----------

...Ex lt.Toce is not working as a meter maid for meadows concert events

...No Lt.Doroszkois not pragnate

...No that is not Lidevore holding a hamburg infront of abdow's resturant..

Proud to announce C/o J edwards has been put in charge of the Q.T. inmate phone program..he just recieved unlimited minutes on his cell phone to hookup his boys....

Hatt's off to Capt. Madden,Lt.Wilkins ,Lt.Olezia & lt.Bowles It's tough to soar like a eagle when your flying with turkey's................................

Proud to announcethe engagement of major Collins to c/o shapiro------ Brenda has been trying to knock theman out of Mary's boat with her tounge for advancement these days and as for complietly blindsiding and snitching out Toce how can you look at yourself in the mirror... furthermore the rumors of you becoming a temp. LT> dream on a $5 whore at the bus station would recieve more respect...dike cunt

MY Mission

While all you ostriches stick your heads in the sand and take getting repeatedly raped day in and out by dogshit supervisors in this dept. I alo... speak for the unheard voices in this corrupt orginization... supervisors need a good slap in the head every now and the... you are not untouchable-- HA karma always works out in th... end you phoney muthafuckers ain't foolin anyone but yourselves...........

...co Ridley
...mp daddy Tinsley
...derone see Lt.Smith
...spot see co croxford
...wanted- testicular fortitude see
Lt. maggio (aka:dirkdiggler)
I sale-it at coutte's ass see warden
mary johnson(for the great
casino caper)
...st-common sense see Lt. reyes (if
a directive don't tell me I just
don't know)
sale- a trampoline(well used been
jumping since farrar got
busted) see co porter
...anted-Temp it's contact personell-
we're practically hireing
inmates these days(ex.camp)
where are you suck esses
fuck up and move up now..
...ent of the Day-Pithecanthropus
see co pittruzello

...y Gemini--do you have a twin that
as much as a bitch as you are???
me on gregory fuck her in the ass
knock her down a few pegs..........

...se Anthrax scare at HCC-
...horities were called in friday after
hcc medical unit was locked down
...parently the unit was filled with a
...okey dust  A  FBI biohazard tech...
...ted the smoke came from either
...se Ridley's ears or admitted from
...se Hartnett when she removed
...diaphram'.....

...ANNER you are not just short but
...r are a SMALL man with all the
...ked up shit you've pulled through
...years with inmates you have the
...asity to snitch out Rovins and get
... suspended you are a sorry excuse
... co which I won't even call you..
...haps you would be better suited for
...b as a organ grinder monkey.....
...by the sword die by the sword you
...get whats coming to you someday
...I think we should call in S. Edwards
...akedown specialist" (like his binder
...s)to see if the can find your heart
...punk bitch!!!

...QWL committee will have a bake
...to benfit Lt. Reyes, alFONSIE
...be undergoing surgery to have the
...mstick surgically removed from
...ectum-loos en up a little will ya
...ant the army..peckerhead

Next up.... TRAINOR out on workers comp.
youve really got to be kidding me straining your back during
the infamous case/collins simulation tell us the truth this is
a gradual injury brought on by years of huntching underneath
k's, captians, and majors  desks giving rimjobs-which i am
sure you do very well..as far as suck-esses go you have to
be a serious contender for the golden lipservice award! wow
there's a idea you get a pair of lips to pin above your name
with each mvp card recieved...........

1565 stewart announcement.... I know in this issue i
slammed the union pretty hard to the good stewarts out there
I apologize,the sarcasim was directed at the stewarts who
seem to follow their own agenda and am't involved for the good
of the union body and are just in it for themselves...
you know who you are.............

as much as I hate to I need to go there to prove a point
promotions  in the department are so fucked up! There
are so few that actually deserve it..shoe-ins come from
3 angles  1) neptism-this includes any and all chase
members that uncle peety takes care of....2)kissasses
and cocksuckers(or licking clit for you shapiro) 3) 5&2
and special duties(croxford when are you applying)
now look at camp for instance this fucking guy has the
mentality of a crack dealer on the avenue and the
character of a arms dealer to the taliban..then there's
gaiser(to his credit he does know hoc very well) has
been snitching and licking balls for years a 5&2 scab
he services the adm. to a tee and regardless of 2:11
issues he's promoted anyway cause he sucks a mean
dick, devito would fall right into this catigory(how did
he get in jail anyway) ..pucker up......I would like to
have one transferred why am't good vetran officers
ever promoted? wake up and pull your heads out
of you ass!

LT.maggio has been working overtime
as much as possible these days for
some reconstructive surgery..years
ago in his flowerchild days he became
a eunuckwhich leaves me to a ? is that
why you stole the money victor harris
...ut onthe bar of the vfw for a round of
...nks?(you didn't think we knew about
...did ya) or was it to buy shit for
...eadI can see you sucking on a
...ong now--now another vision you
...ng a cock you spineless bastard,



Last Order of Business
the whole Bolo/Farrar thing you area embarressme...
to all good officers k's people like you that lower u...
to the likes of brass...shame on you and you both...
of you have 300 pound big black dominate gay
cellmates the whole time you are locked up!!!!!!!

6

A.D. 2.2, Sexual Harassment
Prepared for signature 2/9/99 - effective 3/15/99

1.   **Policy.**  The Department shall provide its employees with a workplace free of sexual harassment.  The Department shall investigate and provide appropriate resolution for each complaint relating to sexual harassment.

2.   **Authority and Reference.**

   A.   Connecticut General Statutes, Sections 18-81 and 46a-60(8).
   B.   42 United States Code 7000e.

3.   **Definition.**  For the purposes stated herein the following definition applies:

   **Sexual Harassment.**  Any unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature constitute sexual harassment when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (3) such conduct is so severe or pervasive that it has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

4.   **Prohibited Conduct.**  Conduct which shall constitute sexual harassment includes, but is not limited to:

   A.   Any sexual flirtation, touching, advance, or proposition.
   B.   Verbal abuse of a sexual nature.
   C.   Any graphic or suggestive comment about an individual's dress or body.
   D.   Sexually degrading words to describe an individual.
   E.   The display in the workplace of sexually suggestive objectives or pictures, including nude photographs.
   F.   Making a comment and/or circulating a rumor which embarrasses, ridicules or demeans a person because of the individual's gender or sexual orientation.
   G.   Any threat or insinuation, either explicitly or implicitly, that an employee's refusal to submit to sexual advances shall adversely affect the employee's employment, evaluation, wages, advancement, assigned duties, or any other condition of employment.

5.   **Employee Responsibility.**  An employee shall not engage in behavior which constitutes sexual harassment.  An employee, subjected to sexual harassment shall report the incident to a supervisor, the Unit Administrator or the Affirmative Action Unit.  Any employee may file a complaint directly with the Commissioner or designee if that employee alleges discriminatory treatment by a member of the Affirmative Action staff, or if that employee is a member of the Affirmative Action Unit.

6.   **Management Responsibility.**

   A.   Each Unit Administrator shall ensure that the work site is free of

        sexual harassment; monitor working conditions so that any instance of sexual harassment is promptly detected and provide for resolution of any complaint made.

B.    Each supervisor has a responsibility to maintain the workplace free of any form of sexual harassment and to take prompt corrective action.

C.    The supervisor shall report each sexual harassment complaint to the Unit Administrator. Each Unit Administrator shall advise the Affirmative Action Unit of any complaint of sexual harassment as soon as is practicable.

7.    <u>Complaint Investigation</u>. The Affirmative Action Unit shall direct an investigation regarding a sexual harassment claim. The investigation shall be conducted in collaboration with other Department personnel as determined jointly by the Director of Affirmative Action and an appropriate Unit Administrator. Upon completion of the investigation, the Affirmative Action Unit shall inform the complainant of the finding. If the complainant disagrees with the findings of the investigation, the complainant may request that the Commissioner or designee review the response. An employee shall make such a request in writing to the Commissioner or designee within 15 calendar days of receipt of the initial response. The Commissioner or designee shall conduct a review and notify the complainant of the results of the review.

8.    <u>File Management</u>. The complaint file, including all information and documents pertinent to the complaint, shall be maintained in the Affirmative Action Unit.

9.    <u>Disciplinary Action</u>. Any employee who is found, after appropriate investigation, to have engaged in the sexual harassment of another employee or to have been negligent in pursuing appropriate action, may be subject to appropriate disciplinary action. When a determination of sexual harassment has been made, depending on the severity of the complaint, or prior record of sexual harassment behavior, an offending employee may be subject to appropriate discipline.

10.    <u>Remedial Action</u>. Any negative consequences as a result of proven sexual harassment shall be appropriately corrected.

11.    <u>Prohibition on Retaliation</u>. No employee shall retaliate against another employee for complaining about or reporting sexually harassing conduct, or for participating in any internal or external investigation of such conduct.

12.    <u>Exceptions</u>. Any exception to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.