UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA TRAINOR | : CASE NUMBER 3:02 CV 1230 (AWT) |
| vs. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTIONS | : JANUARY 21, 2004 |

### MOTION FOR EXTENSION OF TIME RE: PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMARY JUDGMENT

The plaintiff, Teresa Trainor, hereby moves this Honorable Court for a sixty (60) day extension in which to file a memorandum in opposition to the defendant's motion for summary judgment. In support of this motion the plaintiff asserts the following:

1. The defendant filed a motion for summary judgment on January 5, 2004.

2. Plaintiff's counsel is presently preparing for a criminal trial which is scheduled to begin in Bridgeport District Court on February 3, 2004. The name of the case is United States of America vs. Arnold Bell, docket number 3:03CR230 (AHN). Said case concerns the shooting of a New Haven police officer and requires a significant amount of pretrial preparation.

3. It is anticipated that the trial will conclude sometime toward the end of February or beginning of March, 2004.

4. Counsel for the defendant has been notified of the plaintiff's request for an extension and raises no objection.

Wherefore, the plaintiff moves that this motion for extension of time be granted.

Respectfully submitted,
The Defendant

By: _____
William H. Paetzold
Moriarty, Paetzold & Babcock
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033
Tel No: (860)657-1010
Federal Bar No.: ct10074

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing motion was mailed to the following counsel of record on this 21st day of January, 2004:

Jane B. Emons, Esq.
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT 06141-0120

_____
William H. Paetzold