1

**Connecticut Department of CORRUPTION**

**UNDERGROUND Newsletter**

# P.R.I.D.E. AT WORK

**Our motto:** PATHETIC, REPULSIVE, INDIGNATE, DEPRAVED EMPLOYEES

Dispite transfer and having to trust somtone to drop this off the recent alustrious H.C.C. events have caused me to raise my ugly stifeled head from the depts of the under world...the sonyase. stewards claim sure are not fighting the good fight so I had to call things as I see em freckles and all the kissasse's can get their panties in a bunch trying to figure out which way is up..I've remained silent for far too long- my only regret is that I have only one life to give for my country.....Nathian Hale

**TODD TODD TODD TODD** As if you couldn't have guessed Case's war games get 1st proiority on the chopping block- you really must have the brains of a tryanasaurus rex-talk about a hairbrained sceme...lucky the rookie didn't catch a 308 in the forehead due to your poor planing you should have joined the military to live out all of your rambo fantsies... Lucky Coates put down his bone long enough to silence the media and let this sorry assed ogrinization save face..this was almost as good as him putting the gun to the patrol officers head down state—classical insanity of coarse our feeble 1565 stewarts should be all over this like celutite on E Smiths ass reporting it to the press but like usual they drop the ball Todd Todd Todd stay in your little office keep your mouth shut and wait for payday not a thursday mind you.... PayDay for you fucking Hectors wife....... Touchhole!

**BAPTESTE MEMORIAL** MY hero hate to piss on a grave but can you believe they named a building after bapteste they should put a lifelike statue of him in front of it. can you imagine walking into that building at MYI and seeing a massive brass cock stiff in the entrance way....

Welcome back C/o BOOOOCROW we'll have to send Arcoutete a gift basket this Christmas for thanks

UM committee is taking up a ollection for a epilady apparently L barnette tired of getting his balls ubble chafed from Lt. murray's ka: ice princess) upperlip,not to ] gregtoo badly he's been more erable I guess since daniels usshed the halfpint tyrant Austin ] broke up the soul patrol....

ently the Camp/Martinez comedy r came to a abrupt halt with heads fist meeting martinez's ..I guess you'll learn not to talk h about peoples family now..like rue P.C. punk you are you even sed charges-boy tough guy you ture dish it out but can't take it. r if your out there I wish you the nd hope you don't lose every- over a piece of shit.......

**RUMOR CONTROL**
...Ex R.Toce is not working as a meter maid for meadows concert events
...No Lt.Dorazkols not pregnate
...No that is not Lidavore holding a hamburg infont of abdow's resturant..

Proud to announce C/o J edwards has been put in charge of the Q.T. inmate phone program..he just recieved unlimited minutes on his cell phone to hookup his boys....

Hat's off to Capt. Madden,Lt.Wilkins ,Lt.Olezts & R.Bowles it's tough to soar like a eagle when your flying with turkey's.................

Proud to announce the engagement of major Collins to c/o shapiro—— Brenda has been trying to knock therman out of Mary's boat with her tounge for advancement these days and as for completly blindsiding and snit' ching out Toce how can you look at yourself in the mirror... furthermore the rumors of you becoming a temp. LT> dream on a $5 whore at the bus station would recieve more respect...dike cunt

**MY Mission**

While all you ostriches stick your heads in the sand and take getting repeatedly raped day in and out by dogshit supervisors in this dept. I alor speak for the unheard voices in this corrupt orginazation... supervisors need a good slap in the head every now and the you are not untouchable-- HA karma always works out in th end you phoney muthafuckers ain't foolin anyone but yourselves...........

...see Nurse Ridley
...see pimp daddy Tinsley
...Testosterone see Lt.Smith
Lost-self respect see co croxford
Wanted- testicular fortitude see
    Lt. maggio (aka:dirkdiggler)
4 sale-it arcoutte's ass see warden
    mary johnson(for the great
    caslo' caper)
lost-common sense see Lt. reyes (if
    a directive don't tell me I just
    don't know)
4 sale- a trampoline(well used been
    jumping since farrar got
    busted) see co porter
wanted-Temp it's contact personell-
    we're practically hireing
    inmates these days(ex.camp)
    where are you suck asses
    fuck up and move up now..
Word of the Day-Pithecanthropus
    see co pitinzello

Hey Gemini—do you have a twin that
is as much as a bitch as you are???
come on gregory fuck her in the ass
to knock her down a few pegs........

False Anthrax scare at HCC—
authorities were called in friday after
the hcc medical unit was locked down
apparently the unit was filed with a
smokey dust. A FBI biohazard tech.
stated the smoke came from either
nurse Ridley's ears or emitted from
Nurse Harnett when she removed
her diaphram"

CHANNER you are not just short but
you are a SMALL man with all the
fucked up shit you've pulled through
the years with inmates you have the
ordasity to snitch out Rovins and get
him suspended you are a sorry excuse
for a co which I won't even call you
perhaps you would be better suited for
a job as a organ grinder monkey......
live by the sword die by the sword you
will get whats coming to you someday
p.s. I think we should call in S. Edwards
"shakedown specialist" (like his binder
says)to see if he can find your heart
you punk bitch!!

THE QWL committee will have a bake
sale to benifit Lt. Reyes, alFONSIE
will be undergoing surgery to have the
broomstick surgically removed from
his rectum--loosen up a little will ya
this ain't the army...peckerhead

Next up....TRAINOR out on workers comp.
youve really got to be kidding me straining your back during
the infamous case/collins simulation tell us the truth this is
a gradual injury brought on by years of hunching underneath
it's, captians, and majors  desks giving rimjobs-which I am
sure you do very well..as far as suck-asses go you have to
be a serious contender for the golden lipservice award! wow
there's a idea you get a pair of lips to pin above your name
with each mvp card recieved............

1565 stewart announcement.... I know in this issue I
slammed the union pretty hard to the good stewarts out there
I apoligize,the sarcasim was directed at the stewarts who
seem to follow their own agenda and arnt involved for the good
of the union body and are just in it for themselves...
you know who you are............

as much as I hate to I need to go there to prove a point
promotions in the department are so fucked up! There
are so few that actually deserve it...shoe-ins come from
3 angles  1) nepitism-this includes any and all chase
members that uncle peety takes care of....2)kissasses
and cocksuckers(or licking clit for you shapiro) 3) 5&2
and special duties (croxford-when are you applying)
now look at camp for instance this fucking guy has the
mentality of a crack dealer on the avenue and the
character of a arms dealer to the taliban..then there's
geiser(to his credit he does know hcc very well) has
been snitching and licking balls for years a 5&2 scab
he services the adm. to a tee and regardless of 2:11
issues he's promoted anyway cause he sucks a mean
dick, deville would fall right into this catigory(how did
he get on 1st anyway) ..pucker up......I would like to
have answered why arnt good vetran officers
ever promoted? wake up and pull your heads out
of you ass!

LT.maggio has been working overtime
as much as possible these days for
some reconstructive surgery..years
ago in his flowerchild days he became
a eunuck which leaves me to a ? is that
why you stole the money victor harris
out on the bar of the vfw for a round of
inks?(you didn't think we knew about
did ya) or was it to buy shit for
...can see you sucking on a
...now--now another vision you
...g a cock you spineless bastard,



Last Order of Business
the whole Bolo/Farrar thing you area embarrassm
to all good officers it's people like you that lower
to the likes of brass...shame on you and may bo
of you have 300 pound big black dominate gay
cellmates the whole time you are locked up!!!!!!!

2

CONGRATILATIONS MAJOR CARTER
On your recent appointment to major of operations. Let's hope you can make decisions as well as you can shuffle paperwork. What did you do before this?

FUNDRAISER FOR LT. BAPTESTE
the quality of work life committe has its fundraiser scheduled for May 20th at the officers beach. How quick everyone forgets that arrogant bastard running around this place trying to discpline officers just to prove how high he could piss, lets hope that when he returns compassion for other's livelyhood won't be forgotten. way to go all you suckasses, mr. high and tight will probabily be trying to walk you out the door asap when he returns   if.........

SO LONG GUILBERT
you think that sooner or later you could figure it out.  the way that you do things does'nt work . Ever since the dept. covered up the fact that you threw a shackled inmate out of a speeding pickup truck you've changed your ways...instead of abusing inmates you now abuse staff. supervisors will definatly be happy their asses will have a chance to heal. wake up your cocky attitude got you run out of somers, macdougal  now hcc hope you enjoy your stay outside where you belong.

GET WELL SOON LT. MITCHELL
-lucky for leaves of absence cause you damsure don't have any time on the books third shift is missing you ,it was nice to have your glowing face and happy go lucky attitude for a changeto your old self, upon returning don't forget your big jar of painkillers.  High as a kite you were nice to have around..

DEP. COM. MATOS ANNOUNCES
a supervisors drive due to premotions being way down   two reasons......
1) i've no more  relatives to premote
2) no one wants to sell their sole for a 4 and 2 and everyone is tired of working for free when drafted. please apply (prefered hispanics)
RECOVERING CAPT. CARLONE

COCKSUCKING LESSONS
sign up with Ron Barrett in South Block.....

CAPTAIN c/o shumpert  has asked for donations to support his many kids  on officers pay he's having financial trouble  seeing the bond out atm machine at hcc kept his card since he overdrew 30 thousand

ITEMS FOR SALE / WANTED
FOR SALE
- pair of slightly battered roller blades see ex-co portalatin
- 250 empty containers of anal-ease see lt. chinard
WANTED
- a good hard-bodied man for a good time see lt. gately
- one backbone contact lt. aroucette
- jobs for southblock workers..must be easy because were not used to doing anything..

FYI
rumor has itcapt. case has been doing nothing but reviewing tapes from the noumerous cameras about it's a shamethat there wasn"t a camera above your desk at northern when you were fucking hector's wife.... or perhaps one over guilberts desk, ameratur porn sells good now in days  some titles for thought..........
Okeefe takes dicktation from donny chinard's been a bad bad boy









The Department of Corruption

T
H
U
S
W
E
A
K

It's all
About and for
Top Management

Where the
WEAK
can
PEAK

st off I extend a apology to warden
lurphy because you seem to be a
ice guy and probibally didn't deserve
ie wrath of truth.....you made the
:atement everyone is trying to clean
o htfd.. well the truth hurts and cuts
ke a knife mabye a way to clean up
ie place is to take out alot of the
ash that you have for brass...again
oooooo sorry  out of respect for you
is is our last dance. I just had a few
iople to tag and some added levity in
e last issue..

HALLENGED BY THE NEW " q "
atford for someone with such a higher
lucation it took you what 3 or 4 days
 come up with that pathetic rebuttal and
ter all that time that was the best you
uld do..if that wasn't kissin ass i dont
iow what is......it took me a almost
week to get the dirt on ya short time at
born being a piece of shit and a cto at
i that waited on those assholes on hand
d foot like they wer signin your checks
ten badass wannabe if i knocked the
ckles off your face you would be runnin
e a bitch to have me arrested and fired..
thermore at no time did i ever wish and
ath or pain upon the man..for someone
io is as intelligent as you claim to be
'I me where there was any ill-fate wished?
abye it was uncalled 4 but baptiste is
il a prick and got his bars handed to him
jardless of how stupid he is.."how
-uidnt they promote me even though i'm
 dumb as a post after all i was co of the
ar"  and i quote

UE MASS ;
ntact major collins since
en do the catholic religion
y lesbianism was ok..how's
eel that your 1 time lover/
cretary is the same rank as
u are now..mymymy she
ot up fast,mabye she started
kin something hight on the
d chain when she kicked you
the curb..........

RANT UPDATE
nor has it hes lookin a 5 days
 this be a lesson to you all.
esn't make a difference how
od of a cop you are these
ople who you suckasses just
cker up for will drop you like
ack of potatoes they really
nt care about you

MICHELL WHERE'D YOU GO
1 question -did you goto guilberts
house for comforting?
DONATIONS FOR THE ANDERSON
the new Q (as watford so keenly put
it)announced a time drive for c/o
anderson who transfered downstate
shes been having a rough go of things
and needs recoup time from having
It barnetts gearshift(to his rabbit)
surgically removed from her back....
mr.spit & polish dodn't even have the
class to ball a subordinate in a cheap
hotel rm.-just another fine supervisor..
WELCOME BACK LT.WILKINS
good to c ya ,hear you are a fine lt.and
will be missed at walker.now you can
work at htfd.without the torment of
knowing that sorry excuse for a capt.-
"old yeller" baines is balling your wife
right there before your eyes.here she
was thicker than hell as soon as she
got her shit together she turned into a
whore no disrespect intended to you
personally i fell for ya brother....

THE MYSTERY..........
well the rumor mill has been buzzin
i find it rather amuseing the finger
pointin going on.its funny all the
people doing the speculation......
you are my material. the dept.is like
jr.high for rumors....anyone with 6mo.
in can learn the truth just sittin in the.
OMthere are no secrets in jail..how do
you know im not a very disgruntled
supervisor?or that i had to be on 3rd
shift ?that last one was in the memorial
fund slot for 3 days dipshits....here you
all are spreading rumors that could ruin
peoples lives on a whim let us laugh at
this....rumors
soares— no i don't think so  cause his
mind is to clouded with cuervo
nash— that jeffery dalmer lookin mother
fucker would be more likely tobe shoot-
ing people off the bond building across
the street and an't bright enough
Pitt— he's just a literal neanderthal
draggin his nuckles- does'nt have thewit
milewski—ill just leave it with" polish
jokes are well founded......
Noone has been slamed who didn't
deserve it.we are our own worst
enimies talkin shit behind each others
backs this is our livelyhood so lets
stick together the dept is corrupt- dirty
bastards run the administration..
power to the people ..how many licks
does it take to get to the center of a
tootsie pop anyway?

---

The Department
of Corruption

# T
# H
# U
# S
# W
# E
# A
# K

It's all
About and for
Top Management

Where the
WEAK
can
PEAK

NHFD
Edition

# Corrigan/Radgowski
# PRIDE UNDERGROUND



The best and worst in Department promotions shine through again. A deer caught in the headlights was the description given of the first Lt. to respond to the commissary corridor fight, while that certain Lt. may be comfortable with the location, It was gonna take more than the promise of free joly ranchers to handle the situation. Fortunately, more experienced heads showed up shortly putting an end to an ugly scene. Of course, this could be only chapter 1 in this book, in true DOC promotional form, it's not what you know, it's who you know ( or, in this case, who your daddy knows ), thats gets you ahead. Of course the powers that be, have decided to spread Corrigans good fortune around, by sending the lucky Lt. over to Rad. As if your average dorm fight doesn't require any action by the Lt's there !!!!!!

Well, once again, with all the organization of a game of 52 pick up, the administration has thrown all the 5/2's into the air to see where they land. Of course, they do claim that they do this in an effort to be fair to all staff, thats why they do it by senority, hmmmm, no ,no,no , thats why they are rotating the people who have been there the longest out, hmmm, no again ,they are putting people in these positions who can do the job better, hmmm, nope thats not it ,people with good attendence get consideration, hmmmm wrong again. Okay ; so they can't actually explain the criteria for getting a 5/2 position, but they ARE trying to be fair, really, honest, they wouldn't lie about that, PROMISE!!!!!!!

**MISSION**
Its oblivious that management doesn't give a shit about us, they do what they want, when they want, and if they want, and they damn sure will never admit they were wrong. So lets just call them on all the stupid shit they try to run past us. HAPPY READING

**How soon they forget !!**
Mere days after assuring the last 2 keep seperates in Corrigan, that they would never be close to each other again. The administration apparently reversed it's desicion, and had the party of the first half deliver important paperwork to the institution of the party of the second half therefor causing the 2 parties to meet in the corridor , where there was not a party to be had ! and dispite repeated assurances that that would never happen, it did. and unlike in some form of caber toss, this is America, where after 3 strikes, YOUR OUT!

### Things that make you go hmmmmmm
### Racist ? Nope
### Sexist ? Nope
### Malicious ? Hmmmm ?

We'd like to think of it as "facetious:adj. playfully jocular , humorous " or , in language more understood around here , just consider this rag another way of exchanging " pleasantries : n. a humorous jesting , or entertaining remark , or action "

### Firm , Fair & Consistant

As long as the police consistantly arrest doctors sons , and the judge consistantly sends them to jail for 30 days , and they consistantly serve their time at Corrigan , they will consistantly be allowed extra visiting privileges , and this is subject to change , which is the only consistant thing around here .

### C.O.B.R.A. North & South Unite

In what looked like the "Tastes great ,Less filling" beer commercial , the members of C.O.B.R.A. North & South got together for the secret monthly meeting , with the membership of C.O.B.R.A. South arriving late . South's membership attempted to claim it was a security precation to avoid observation , but the truth be known , the North did not release the secret time of the secret meeting in an attempt to get a head start on beer consumption . Brother Serge secretly recited the secret oath so no one could hear it , therefor ensuring that the secret oath would remain a secret . And a reminder that the secret vote will take place at next months secret meeting , so plan on attending .

### ROLL CALL RAMBLINGS
Listed below is all the useful information passed on during the last months worth of roll calls