UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA TRAINOR | CIVIL NO.: 3:02CV1230(AWT) |
| VS. | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS | March 23, 2004 |

FILED
2004 MAR 29 P 4: 07
U.S. DISTRICT COURT
HARTFORD, CT.

### LOCAL RULE 56(a)2 STATEMENT OF DISPUTED ISSUES OF MATERIAL FACT

1. As a correctional officer at Hartford Correctional Center, plaintiff was subjected to demeaning and offensive sexual comments and conduct from male co-workers Marion Baker and James Waterman. **Trainor dep. 70-76.** Such conduct included Waterman touching plaintiff's knees and accusing her of having oral sex with a supervisor under his desk. Other conduct involved Baker expressing his desire to insert his penis into plaintiff. **Id.**

2. Plaintiff reported Baker's comments to Captain Todd Case. **Amended Complaint**

3. Plaintiff was subjected to many derogatory and demeaning sexual comments by DOC employees. **Exhibit 4 -Trainor Affidavit ¶ ¶ 5, 6, 7, 8, 12, 13.**

4. Plaintiff, as well as other female DOC employees were afraid of reporting sexually harassing conduct. **Exhibit 3 - CHRO Report, 33, 34, 36, 39, 40, 41, 60; Exhibit 4 - ¶ 11, 14, 15, 16.**

5. Department of Correction management at HCC allowed a newsletter to be brought in and circulated alleging that plaintiff faked her workers' compensation injury and had oral sex with one of her supervisors. A true and accurate copy of the PRIDE AT WORK newsletter is attached as **Exhibit 1.**

6. There were previous newsletters circulated at HCC and other institutions which spouted sexual harassing commentary. A true and accurate copy of these newsletters is attached as **Exhibits 2A, 2B and 2C.**

7. By October 2001, Department of Correction management was aware that these newsletters had previously easily entered and easily circulated in some correctional institutions. **Exhibit 3.**

8. The Department of Correction failed to follow through on security measures to ensure that such newsletters were not brought into the facility by staff. **Exhibit 4 - ¶¶ 19-21.**

9. The Department of Correction failed to take effective measures to ensure that such newsletters could not circulate within an institution or among various institutions. **Id.**

10. The Department o Correction failed to investigate the newsletter's author's identity by failing to investigate the writer's statement, "Despite transfer and having to trust someone to drop this off at the alustrius [sic] HCC…". **Exhibit 1 .**

11. Sexual harassment is pervasive at DOC. **Exhibit 3 - Executive Summary, at iv.; Exhibit 4 - ¶¶ 4.**

12. The Department of Correction has failed to adequately discipline individuals accused of sexual harassment. **Id. at iii; Exhibit 4 - ¶¶ 5, 6, 11.**

13. The Department of Correction has threatened to discipline victims for failing to report harassment on the date it occurred or by conducting an independent investigation of the victim. **Id.**

14. The Department of Correction has retaliated against victims for reporting sexual harassment. **Id.; Exhibit 4 - ¶ 14.**

15. Investigators do not routinely advise complainants of their legal rights to file complaints with the CHRO and/or Equal Employment Opportunities Commission (EEOC). **Exhibit 3 - Findings Section at 69-73.**

16. Investigators do not always report allegations which, if true, constitute criminal activity. **Id at 69.**

17. With rare exception, an internal investigation is initiated only after an employee completes an incident report; a form designed for uses other than complaining or discriminatory conduct. **Id. at 70.**

18. Plaintiff suffered emotional distress as a result of the pervasive, sexually hostile environment permitted by the Department of Correction, and she continues to suffer such distress. **Exhibit 4 - ¶ 22.**

The Plaintiff, Teresa Trainor

By: _____
Kevin A. Randolph
57 Pratt Street, Suite 813
Hartford, CT 06103
Tel No: (860) 522-7004
Federal Bar NO. ct15547


By: _____
William H. Paetzold
Moriarty, Paetzold & Babcock
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033
Tel No: (860)657-1010
Federal Bar NO. ct10074
