UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TERESA TRAINOR

VS.

STATE OF CONNECTICUT
DEPARTMENT OF CORRECTIONS

CIVIL NO.: 3:02CV1230(AWT)

March 23, 2004

FILED
2004 MAR 30 P 12: 48
U.S. DISTRICT COURT
HARTFORD, CT.

## PLAINTIFF'S MOTON OPPOSING SUMMARY JUDGMENT

  The Plaintiff, Teresa Trainor, moves this Court to deny the Defendant's Motion For Summary Judgment. In support of this motion, the Plaintiff maintains there are genuine issues of material fact in dispute.

The Plaintiff, Teresa Trainor

By: _____
William H. Paetzold
Moriarty, Paetzold & Babcock
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033
Tel No: (860)657-1010
Federal Bar NO. ct10074

## CERTIFICATION

The undersigned certifies that a copy of the foregoing motion was mailed to the following counsel of record on this 29th day of March, 2004.

Jane Emmons, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

William H. Paetzold