UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESA TRAINOR, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV1230(AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | April 13, 2004 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6 and Local Rule 7(b), the defendant, State of Connecticut, Department of Correction hereby moves for an extension of time to and including May 15, 2004 to file a reply brief to plaintiff's opposition to defendant's summary judgment motion. In support of its motion, the defendant, through counsel, represents as follows:

1. Plaintiff filed its opposition to defendant's summary judgment motion on or about March 29, 2004. Said motion was received by the defendant on March 31, 2004.

2. Reply briefs are not required under the federal rules of court. The defendant, however, is desirous of filing a responsive pleading. The deadline for such a reply brief is currently April 15, 2004.

3. The undersigned has a heavy caseload and has begun a two-week public hearing before the Connecticut Commission of Human Rights and Opportunities ("CHRO") that will require the bulk of her attention during this time span.

4. The plaintiff will not be prejudiced by this request.

5. According to Local Rule 7(b), the undersigned caused plaintiff's counsel, William H. Paetzold, Esq., to be contacted and he has NO OBJECTION to this motion.

WHEREFORE, the defendant through the undersigned respectfully requests an extension of time to and including May 15, 2004 in which to file a reply to plaintiff's opposition to defendant's summary judgment motion.

                                                  DEFENDANT,
                                                  STATE OF CONNECTICUT,
                                                  DEPARTMENT OF CORRECTION

                                                  RICHARD BLUMENTHAL
                                                  ATTORNEY GENERAL


BY: _____
      Jane B. Emons
      Assistant Attorney General
      Federal Bar No. ct16515
      55 Elm Street -- P.O. Box 120
      Hartford, CT  06141-0120
      Tel: (860) 808-5340
      Fax: (860) 808-5383
      Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant's Motion for Extension of Time to File Reply Brief to Plaintiff's Opposition to Summary Judgment Motion was mailed, first class postage prepaid, this  13th  day of April, 2004, to:

William H. Paetzold
Moriarty & Paetzold & Babcock, LLC
140 Hebron Avenue, Suite 102
Glastonbury, CT  06033
Tel: (860) 657-1010

Kevin A. Randolph, Esq.
15 Mountford Street
Hartford, CT  06114


_____
Jane B. Emons
Assistant Attorney General