# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TERESA TRAINOR,                    :    CIVIL ACTION NO.
   *Plaintiff*                          :    3:02CV1230(AWT)

   v.                                :

STATE OF CONNECTICUT,              :
DEPARTMENT OF CORRECTION,          :
   *Defendant*                         :    April 13, 2004

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6 and Local Rule 7(b), the defendant, State of Connecticut, Department of Correction hereby moves for an extension of time to and including May 15, 2004 to file a reply brief to plaintiff's opposition to defendant's summary judgment motion. In support of its motion, the defendant, through counsel, represents as follows:

1.    Plaintiff filed its opposition to defendant's summary judgment motion on or about March 29, 2004. Said motion was received by the defendant on March 31, 2004.

2.    Reply briefs are not required under the federal rules of court. The defendant, however, is desirous of filing a responsive pleading. The deadline for such a reply brief is currently April 15, 2004.

3.    The undersigned has a heavy caseload and has begun a two-week public hearing before the Connecticut Commission of Human Rights and Opportunities ("CHRO") that will require the bulk of her attention during this time span.

4.    The plaintiff will not be prejudiced by this request.

5.    According to Local Rule 7(b), the undersigned caused plaintiff's counsel, William H. Paetzold, Esq., to be contacted and he has NO OBJECTION to this motion.

*The extension of time is GRANTED, nunc pro tunc, to and including May 15, 2004. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT  04/16/04*