**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TERESA TRAINOR | : | CIVIL ACTION NO. 302CV1230 (AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTIONS | : | |
| *Defendant* | : | MAY 13, 2004 |

**MOTION TO STRIKE INADMISSIBLE EVIDENCE PROFFERED IN PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, the defendant hereby moves to strike the inadmissible evidence proffered in plaintiff's Opposition to Defendant's Motion for Summary Judgment.

In opposition to the Department of Correction's motion for summary judgment, the plaintiff, Teresa Trainor, attached and relied upon her affidavit that is filled with hearsay evidence and is directly contradicted by her deposition testimony. Moreover, the plaintiff attached and heavily relied upon a political report by the Commission on Human Rights and Opportunities, arising from a proceeding in which plaintiff did not participate. Moreover, the defendant Department of Corrections was denied any right of cross-examination during the Commission on Human Rights and Opportunities' political proceeding. Because the CHRO nor the hearsay/contradictory elements of plaintiff's affidavit are not appropriate for purposes of a motion for summary judgment, and would not be admissible at trial, both must be stricken and disregarded.

A memorandum in support accompanies this motion.

        DEFENDANT
        STATE OF CONNECTICUT
        DEPARTMENT OF CORRECTIONS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:  _____
    Jane B. Emons
    Assistant Attorney General
    Federal Bar No. ct16515
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Tel: (860) 808-5340
    Fax: (860) 808-5383
    Jane.Emons@po.state.ct.us

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure by first-class mail, postage prepaid, on this 13th day of May, 2004 to:

William H. Paetzold, Esq.
Moriarty & Paetzold, LLC
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033

Kevin A. Randolph, Esq.
15 Mountford Street
Hartford, CT 06114

_____
Jane B. Emons
Assistant Attorney General