**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TERESA TRAINOR | : | CIVIL ACTION NO. 3:02CV1230 (AWT) |
| *Plaintiff* | : | |
| | : | |
| | : | |
| v. | : | JUDGE ALVIN W. THOMPSON |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | |
| *Defendant* | : | MAY 13, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, State of Connecticut Department of Correction, have manually filed the following document or thing

Exhibits in Support of Defendant's Motion for Summary Judgment.

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[  ]    the electronic file size of the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                    DEFENDANT
                    STATE OF CONNECTICUT
                    DEPARTMENT OF CORRECTION

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL


BY: _____
     Jane B. Emons
     Assistant Attorney General
     Federal Bar No. ct16515
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     Email:  Jane.Emons@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of May, 2004, first class postage prepaid to:

William H. Paetzold, Esq.
Moriarty & Paetzold, LLC
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033

Kevin A. Randolph, Esq.
15 Mountford Street
Hartford, CT  06114


_____
Jane B. Emons
Assistant Attorney General