UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT 2004 JUN -3 A 11: 05

| | |
|---|---|
| TERESA TRAINOR | : CASE NUMBER 3:02 CV 1230 (AWT) |
| vs. | : |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS | : JUNE 2, 2004 |

### MOTION FOR EXTENSION OF TIME RE: REPLY TO DEFENDANT'S MOTION TO STRIKE

Pursuant to Rule 7 (b) of the Local Rules of Civil Procedure, the plaintiff, Teresa Trainor, hereby moves this Honorable Court for a thirty (30) day extension in which to file a reply to the defendant's Motion to Strike Inadmissible Evidence Proffered In Plaintiff's Opposition to Motion For Summary Judgment. In support of this motion the plaintiff asserts the following:

1. The defendant filed a motion for summary judgment on January 5, 2004.

2. The plaintiff filed her memorandum in opposition to defendants' summary judgment on May 7, 2004.

3. On May 13, 2004 the defendant filed a motion to strike inadmissible evidence proffered in the plaintiff's opposition to summary judgment.

4. Counsel for plaintiff are currently either on trial, or preparing to commence trial, and have been unable to respond to the defendant's motion to strike. Attorney Kevin Randolph has been selecting a jury for the past three weeks in Hartford Superior Court in a capital murder case. Attorney William Paetzold is preparing for a criminal case, State v. Nathanial Torres docket no. CR03-119404 and CR03-188423, that will commence trial on June 8, 2004 in Danielson Superior Court.

5. The plaintiff is requesting 30 days in which to file a response to the defendant's motion to strike.

Extension GRANTED, absent objection, to and including June 28, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    6/28/04