GRANTED, in part, and DENIED, in part, at hearing held on the record today. It is so ordered.

Alvin W. Thompson, U.S.D.J.

Hartford, CT    03/28/2003

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA TRAINOR<br>*Plaintiff* | CIVIL ACTION NO. 302CV1230 (AWT) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTIONS<br>*Defendant* | MAY 13, 2004 |

## MOTION TO STRIKE INADMISSIBLE EVIDENCE PROFFERED IN PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the defendant hereby moves to strike the inadmissible evidence proffered in plaintiff's Opposition to Defendant's Motion for Summary Judgment.

In opposition to the Department of Correction's motion for summary judgment, the plaintiff, Teresa Trainor, attached and relied upon her affidavit that is filled with hearsay evidence and is directly contradicted by her deposition testimony. Moreover, the plaintiff attached and heavily relied upon a political report by the Commission on Human Rights and Opportunities, arising from a proceeding in which plaintiff did not participate. Moreover, the defendant Department of Corrections was denied any right of cross-examination during the Commission on Human Rights and Opportunities' political proceeding. Because the CHRO nor the hearsay/contradictory elements of plaintiff's affidavit are not appropriate for purposes of a motion for summary judgment, and would not be admissible at trial, both must be stricken and disregarded.

A memorandum in support accompanies this motion.