## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
TERESA TRAINOR,               :
                              :
      Plaintiff,              :
                              :
v.                            :  Civil No.3:02CV01230(AWT)
                              :
STATE OF CONNECTICUT          :
DEPARTMENT OF CORRECTIONS,    :
                              :
          Defendant.          :
                              :
------------------------------x
```

### ENDORSEMENT ORDER

For the reasons stated on the record today, the defendant's Motion for Summary Judgment (Doc. No. 15) is hereby DENIED, because the court finds that there are genuine issues of material fact as to whether (1) the harassment alleged by the plaintiff was sufficiently severe or pervasive as to alter the conditions of her employment, and (2) there is a sufficient basis for imputing the conduct that created the hostile environment to the employer.

It is so ordered.

Dated this 28th day of March 2006 at Hartford, Connecticut.

_____
            /s/
      Alvin W. Thompson
   United States District Judge