**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
TERESA TRAINOR,               :
                              :
     Plaintiff,               :
                              :
v.                            :   Civil No.3:02CV01230(AWT)
                              :
STATE OF CONNECTICUT          :
DEPARTMENT OF CORRECTIONS,    :
                              :
          Defendant.          :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_\_   A ruling on the following motion(s), which is/are currently pending:(orefm.)

__X__   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_\_\_   Other: (orefmisc./misc) _____

SO ORDERED this <u>29th</u> day of March 2006, at Hartford, Connecticut.

                                                                        /s/
                                                     Alvin W. Thompson
                                      United States District Judge