UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONECTICUT

FILED

2006 APR -6  A II: 16

DISTRICT COURT

| TERESA TRAINOR | : | Civ. No. 02CV01230CT |
| | : | |
| v. | : | |
| | : | April 5, 2006 |
| CONNECTICUT DEPARTMENT OF CORRECTIONS | : | |
| | : | |

### MOTION TO WITHDRAW

Counsel in the above captioned matter moves to withdraw his appearance. Counsel was nominated by the Hon. M. Jodi Rell, Governor of the State of Connecticut, to the Superior Court bench on February 14, 2006. Counsel will close his practice effective April 6, 2006. Attorney William Paetzold remains as counsel.

Counsel for the Plaintiff



Kevin A. Randolph (ct15547)
PO Box 1335
Glastonbury, CT 06033
Tel. (860) 633-7007
Fax (860) 633-1207
RandolphKAR@aol.com

## CERTIFICATION

The undersigned certifies that a copy of the foregoing was mailed to the following on April 5, 2006:

Jane Emmons, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

_____
Kevin A. Randolph