UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TERESA TRAINOR

   v.                               Case Number: 3:02CV1230 (AWT)

DEPT. OF CORRECTIONS

FILED 2006 MAY -8 A 9:09

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on May 5, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 4, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, May 8, 2006.

                                        KEVIN F. ROWE, CLERK

                                        By:
                                              Robert K. Wood
                                              Deputy Clerk

EOD_____