UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESA TRAINOR | : | CIVIL ACTION NO.  3:02CV1230 (AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | |
| *Defendant* | : | APRIL ____, 2006 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. Rule 41(a), the plaintiff and the defendant, appearing through their respective counsel, hereby stipulate that this case shall be dismissed with prejudice and without costs to any party.

                                        PLAINTIFF,
                                        TERESA TRAINOR


                                        _____
                                        William H. Paetzold, Esq.
                                        Moriarty & Paetzold, LLC
                                        140 Hebron Avenue, Suite 102
                                        Glastonbury, CT 06033


                                        DEFENDANT,
                                        STATE OF CONNECTICUT,
                                        DEPARTMENT OF CORRECTION

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

                                By:     _____
                                        Jane B. Emons
                                        Assistant Attorney General
                                        Federal Bar No. ct16515
                                        55 Elm St., P.O. Box 120
                                        Hartford, CT  06141-0120
                                        Tel:  (860) 808-5340
                                        Fax: (860) 808-5383

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed in accordance with Rule 5( b) of the Federal Rules of Civil Procedure on this _____ day of April, 2006 to:

    William H. Paetzold, Esq.
    Moriarty & Paetzold, LLC
    140 Hebron Avenue, Suite 102
    Glastonbury, CT 06033

                                                _____
                                                Jane B. Emons
                                                Assistant Attorney General