UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA TRAINOR<br>    Plaintiff | :  CASE NUMBER: 3:02CV 1230 (AWT) |
| VS. | : |
| STATE OF CONNECTICUT -<br>(DEPARTMENT OF CORRECTIONS)<br>    Defendant | :  JUNE 2, 2006 |

## MOTION FOR RELEASE OF SECURITY BOND

The plaintiff, Teresa Trainor, hereby moves that the $500.00 bond that was posted as security in the above-captioned case be released to plaintiff's counsel.  This case was settled by the parties on or about May 9, 2006.

WHEREFORE, the plaintiff moves that the motion be granted.

The Plaintiff, Teresa Trainor


By:_____
   William H. Paetzold
   Moriarty & Paetzold, L.L.C.
   2230 Main Street
   Glastonbury, CT  06033
   Tel No: (860)657-1010
   Federal Bar NO. ct10074

## **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing motion was mailed to the following counsel of record on this 2nd day of June, 2006:

Jane B. Emons, Esq.
Assistant Attorney General
55 Elm Street -- P.O. Box 120
Hartford, CT 06141-0120

 

_____
William H. Paetzold